| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 6:03-CR-63-ORL-31JGG |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alex Wayne Smith 50611 Beluga Cir. Nikiski, Alaska 99635 | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Gregory A. Presnell | |
| | DATES OF SUPERVISED RELEASE: | FROM February 15, 2005 — TO January 6, 2007 |

**OFFENSE**

Conspiracy to Commit Bank Fraud (Violation of Supervised Release)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Alaska upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/18/06
Date

**REDACTED SIGNATURE**
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Alaska__

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-2-06
Effective Date

**REDACTED SIGNATURE**
United States District Judge