RECEIVED

APR 0 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ALEX WAYNE SMITH
a/k/a Alex Wayne Johnston

CASE NO. 6:03-cr- 63-oRL-31JGG
18 U.S.C. § 371
18 U.S.C. § 982(a)(2)(A) - Forfeiture

### INFORMATION

The United States Attorney charges:

### COUNT ONE

At all times material to this Information:

1. Beginning on or about December 4, 2001, and continuing until on or about January 31, 2002, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**ALEX WAYNE SMITH
a/k/a Alex Wayne Johnston**

the defendant herein, did knowingly and willfully combine, conspire, confederate, and agree with other persons both known and unknown to the United States Attorney to execute a scheme or artifice to defraud a financial institution insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 1344.

### A. Manner and Means

2. It was part of the conspiracy that the defendant would deposit a forged Bank of America check into a checking account opened by ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, at Orlando Federal Credit Union.

3. It was further part of the conspiracy that the defendant would draw upon the deposited item by receiving cash and cashier check(s) in smaller denominations.

4. It was further part of the conspiracy that the defendant and others would continue to break down the monies into smaller denominations of cash and cashier's checks, deposit the monies into other financial institutions and remove the funds and turn them over to other co-conspirators.

### B. Overt Acts

5. In furtherance of and to affect the objectives of the conspiracy, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

   a. Between on or about December 10, 2001 and December 20, 2001, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, received in Osceola County, in the Middle District of Florida, a counterfeit Bank of America check from one of the co-conspirators made payable to the defendant in the amount of $181,875.00.

   b. On or about December 13, 2001, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, opened a checking account at Orlando Federal Credit Union in Orlando, Florida (the "Johnston checking account").

   c. On or about December 20, 2001, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, deposited the counterfeit check of $181,875.00 into the Johnston checking account.

   d. On or about January 10, 2002, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, withdrew $10,000.00 in cash from the Johnston checking account.

e. On or about January 15, 2002, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, withdrew $100,000.00 from the Johnston checking account and converted the monies into a cashier's check.

f. On or about January 15, 2002, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, withdrew $60,000.00 in cash from the Johnston checking account.

g. On or about January 16, 2002, ALEX WAYNE SMITH, a/k/a Alex Wayne Johnston, presented the $100,000.00 cashier's check to the Orlando Federal Credit Union, Orlando, Florida, and had such check broken down as follows:

  i. $25,000.00 cash;

  ii. a $25,000.00 cashier's check; and

  iii. a $50,000.00 cashier's check.

h. On or about January 17, 2002, co-conspirators deposited the $50,000.00 cashier's check into the checking account of one of the conspirators located at the Community Bank of Florida, 1471 East Osceola Parkway, Kissimmee, Florida 34741, which amount was later withdrawn by a co-conspirator.

i. On or about January 18, 2002, the $25,000.00 cashier's check was deposited by a co-conspirator into the Educational Employees Credit Union, Fort Worth, Texas.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

3

**ALEX WAYNE SMITH**
**a/k/a Alex Wayne Johnston**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation.

2.   If any of the property described in Count One, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

PAUL I. PEREZ
United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney

By: _____
Carolyn J. Adams
Assistant United States Attorney
Chief, Orlando Division

N:\pbonamo\smith_2002R00445\f_information_package.wpd                4

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk