CLOSED, FRC, JGG

## U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:03-cr-00063-GAP-ALL
### Internal Use Only

RECEIVED APR 0 6 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

Case title: USA v. Smith

Date Filed: 03/18/2003

Assigned to: Judge Gregory A. Presnell

**Defendant**

**Alex Wayne Smith** (1)
*TERMINATED: 07/07/2003*
*also known as*
Alex Wayne Johnston
*TERMINATED: 07/07/2003*

represented by **Denise Olivia Simpson**
Law Office of Denise O. Simpson, P.A.

1717 K Street NW
Suite 600
Washington, DC 20036
202/746-9193
Fax: 301/868-0394
Email: denise.simpson@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Eunice M. Caussade-Garcia**
Community Legal Services of Mid-Florida, Inc.
20 S. Rose Ave., Ste #2
Kissimmee, FL 34741
407/518-0023
Fax: 407/518-0046
*LEAD ATTORNEY*
Designation: Retained

**John Gillespie**
Gillespie Law Group, P.A.
20 S. Rose Ave., Suite 4
Kissimmee, FL 34741
321/284-4154
Fax: 407/933-7837
*TERMINATED: 07/08/2003*
*LEAD ATTORNEY*
Designation: Retained

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (Conspiracy to execute a scheme or artifice to defraud a financial institution insured by Federal Deposit Insurance Corporation) (1) | IMPRISONMENT - 13 months with the recommendation that defendant be placed in a facility in Central Florida, at Coleman, if available. Supervised Release, 3 years, with the following special conditions: Drug testing; drug/alcohol treatment; no new cre dit or major purchases and provide financial information to Probation Office; 75 hours community service. Restitution, $181,875.00, payable to Bank of America. Special Assessment, $100 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

None

**Plaintiff**

**United States of America**  represented by  **Roger Bernard Handberg, III**
U.S. Attorney's Office
Middle District of Florida
501 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Email: roger.handberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Willing-FLU**
U.S. Attorney's Office (Tampa)
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6038
Fax: 813/274-6247
Email: FLUDocket.Mailbox@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2003 | 1 | INFORMATION as to Alex Wayne Smith - count 1. (nrs) (Entered: 03/19/2003) |
| 03/18/2003 | 2 | WAIVER OF INDICTMENT by Alex Wayne Smith. (nrs) (Entered: 03/19/2003) |
| 03/18/2003 |  | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: James G. Glazebrook (nrs) (Entered: 03/19/2003) |
| 03/18/2003 | 3 | NOTICE of attorney appearance for USA by Roger Bernard Handberg III (nrs) (Entered: 03/19/2003) |
| 03/18/2003 | 4 | NOTICE of estimated length of trial by USA as to Alex Wayne Smith - 3 days. (nrs) (Entered: 03/19/2003) |
| 03/18/2003 | 5 | NOTICE of pendency of other actions by USA as to Alex Wayne Smith - no related cases. (nrs) (Entered: 03/19/2003) |
| 03/18/2003 | 6 | CERTIFICATE OF INTERESTED PERSONS by USA and corporate disclosure statement as to Alex Wayne Smith. (nrs) (Entered: 03/19/2003) |
| 03/18/2003 | 7 | PLEA AGREEMENT as to Alex Wayne Smith (nrs) (Entered: 03/19/2003) |
| 03/19/2003 | 8 | SUMMONS issued for Alex Wayne Smith Initial Appearance set for 9:00 4/3/03 for Alex Wayne Smith before Magistrate Judge James G. Glazebrook. (nrs) (Entered: 03/19/2003) |
| 03/26/2003 | 9 | SUMMONS returned executed as to Alex Wayne Smith 3/25/03. (nrs) (Entered: 03/26/2003) |
| 04/03/2003 | 10 | INITIAL APPEARANCE held on 04-03-03 before Magistrate Judge James G. Glazebrook as to Alex Wayne Smith. Tape: 03-28:4263-4816. Defendant informed of rights. (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 10 | ARRAIGNMENT held on 04-03-03 as to Alex Wayne Smith. Defendant pled not guilty before Magistrate Judge James G. Glazebrook. Tape 03-28: 4263-4816 (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 10 | BOND HEARING held on 04-03-03 before Magistrate Judge James G. Glazebrook as to Alex Wayne Smith. Tape: 03-28: 4263-4816 (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 11 | NOTICE of attorney appearance for Alex Wayne Smith by John Gillespie (filed in open court) (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 12 | CJA 23 FINANCIAL AFFIDAVIT by Alex Wayne Smith (filed in open court) (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 13 | ORDER setting conditions of release as to Alex Wayne Smith. Bond set at $10,000 Unsecured with the following conditions: Maintain or actively |

| | | |
|---|---|---|
| | | seek employment; substance abuse program and contribute to costs. (Signed by Magistrate Judge James G. Glazebrook) (jrm) Modified on 04/07/2003 (Entered: 04/03/2003) |
| 04/03/2003 | 14 | APPEARANCE BOND (Unsecured) for Alex Wayne Smith in the amount of $10,000 (Signed by Magistrate Judge James G. Glazebrook) (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 15 | SCHEDULING ORDER as to Alex Wayne Smith setting Status Conference for 8:45 5/14/03 and Jury Trial for 9:00 6/2/03; both scheduled for Judge Gregory A. Presnell (Signed by Magistrate Judge James G. Glazebrook) ctc (filed in open court) (jrm) (Entered: 04/03/2003) |
| 04/03/2003 | 16 | NOTICE OF HEARING: Set change of plea hearing for 9:30 4/16/03 for Alex Wayne Smith; scheduled for Magistrate Judge James G. Glazebrook (Signed by Deputy Clerk) ctc (jrm) (Entered: 04/03/2003) |
| 04/16/2003 | 17 | CHANGE OF PLEA HEARING held before Magistrate Judge James G. Glazebrook; guilty plea proffered as to Alex Wayne to Count 1 of the information. Tape 03-32: 56-880 (jrm) (Entered: 04/16/2003) |
| 04/16/2003 | 18 | CONSENT regarding entry of a plea of guilty by Alex Wayne Smith (filed in open court) (jrm) (Entered: 04/16/2003) |
| 04/16/2003 | 19 | CONSENT to institute PSI report by Alex Wayne Smith (filed in open court) (jrm) (Entered: 04/16/2003) |
| 04/16/2003 | 20 | REPORT AND RECOMMENDATION concerning plea of guilty as to Alex Wayne Smith. Objections due by 5/5/03 (Signed by Magistrate Judge James G. Glazebrook) ctc (jrm) (Entered: 04/16/2003) |
| 04/17/2003 | 21 | ORDER as to Alex Wayne Smith cancelling status conference previously set for 05-20-03. (Signed by Judge Gregory A. Presnell) ctc (jrm) (Entered: 04/17/2003) |
| 04/17/2003 | 22 | NOTICE OF HEARING: Set sentencing for 1:00 7/7/03 for Alex Wayne Smith; scheduled for Judge Gregory A. Presnell (Signed by Deputy Clerk) ctc (jrm) (Entered: 04/17/2003) |
| 05/06/2003 | 23 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt as to Alex Wayne Smith - count 1; Sentencing set for 1:00 p.m. on 7/7/03; Sheduled for Judge Gregory A. Presnell ( Signed by Judge Gregory A. Presnell ) ctc (igc) (Entered: 05/06/2003) |
| 06/26/2003 | 24 | MOTION with memorandum in support by USA as to Alex Wayne Smith for reduction of defendant's sentence for timely notification of intent to enter a plea of guilty (jrm) (Entered: 06/26/2003) |
| 07/07/2003 | 25 | SENTENCING held on 07-07-03 before Judge Gregory A. Presnell as to Alex Wayne Smith on Count 1 of the information. IMPRISONMENT - 13 months with the recommendation that defendant be placed in a facility in Central Florida, at Coleman, if available. Supervised Release, 3 years, with the following special conditions: Drug testing; drug/alcohol |

|  |  |  |
|---|---|---|
|  |  | treatment; no new credit or major purchases and provide financial information to Probation Office; 75 hours community service. Restitution, $181,875.00, payable to Bank of America. Special Assessment, $100 . Defendant shall surrender to designated institution before 2 p.m. on 08-11-03. Court Reporter: Diane Peede (jrm) (Entered: 07/08/2003) |
| 07/07/2003 |  | ORAL ORDER as to Alex Wayne Smith granting [24-1] motion for reduction of defendant's sentence for timely notification of intent to enter a plea of guilty, 1 level. (Entered in open court by Judge Gregory A. Presnell) (jrm) (Entered: 07/08/2003) |
| 07/07/2003 | 26 | ACKNOWLEDGEMENT of right to appeal executed by Alex Wayne Smith (filed in open court) (jrm) (Entered: 07/08/2003) |
| 07/07/2003 |  | ***Terminated defendant Alex Wayne Smith, pending deadlines, and motions. (JRM) (Entered: 02/03/2005) |
| 07/08/2003 | 27 | JUDGMENT as to Alex Wayne Smith (Signed by Judge Gregory A. Presnell) ctc (jrm) (Entered: 07/08/2003) |
| 07/08/2003 |  | CASE CLOSED as to Alex Wayne Smith (all defendants). (jrm) (Entered: 07/08/2003) |
| 08/14/2003 | 28 | NOTICE of attorney appearance for USA by Patricia A. Willing (jrm) (Entered: 08/14/2003) |
| 08/20/2003 | 29 | RETURN of judgment executed as to Alex Wayne Smith on 08-11-03 at FCC Coleman (jrm) (Entered: 08/20/2003) |
| 11/10/2003 | 30 | MOTION by USA to reduce sentence (Rule 35) as to Alex Wayne Smith (cbh) (Entered: 11/12/2003) |
| 11/13/2003 | 31 | ORDER as to Alex Wayne Smith. Motion hearing set for 10:30 11/24/03 re: (30-1) Rule 35 motion; scheduled for Judge Gregory A. Presnell (Signed by Judge Gregory A. Presnell) ctc (jrm) (Entered: 11/13/2003) |
| 11/24/2003 | 32 | MOTION HEARING held on 11-24-03 before Judge Gregory A. Presnell as to Alex Wayne Smith re: [30-1] motion to reduce sentence (Rule 35). Court Reporter: Diane Peede (jrm) (Entered: 11/24/2003) |
| 11/24/2003 |  | ORE TENUS MOTION in open court by Alex Wayne Smith for split sentence (jrm) (Entered: 11/24/2003) |
| 11/24/2003 | 33 | NOTICE of attorney appearance for Alex Wayne Smith by Eunice M. Caussade-Garcia (filed in open court) (jrm) (Entered: 11/24/2003) |
| 11/24/2003 | 34 | ORDER as to Alex Wayne Smith granting [30-1] motion to reduce sentence (Rule 35) for a term of 10 months; granting [0-0] ore tenus motion for split sentence. Defendant is sentenced to 5 months in the Bureau of Prisons with credit for time served and 5 months in the Community Corrections Program. (Signed by Judge Gregory A. Presnell) ctc (jrm) (Entered: 11/24/2003) |
| 12/04/2003 | 35 | AMENDED ORDER as to Alex Wayne Smith granting motion to reduce |

| | | |
|---|---|---|
| | | sentence (document no. 30). The Court finds that a 2 level downward departure is appropriate & REDUCES the defendant's sentence to a term of 5 months. The Court will GRANT the Defendant's Ore Tenus Motion for split sentence & the defendant is sentenced to 5 months in the Bureau of Prisons with credit for time served & 3 years supervised release with a special condition of 5 months in the Community Corrections Program. ( Signed by Judge Gregory A. Presnell ) ctc (igc) (Entered: 12/05/2003) |
| 08/11/2004 | 36 | PETITION on supervised release as to Alex Wayne Smith requesting Summons (ORDER granting petition). Signed by Judge James G. Glazebrook on 8/11/2004. (kka, ) (Entered: 08/11/2004) |
| 08/11/2004 | 37 | SUMMONS issued as to Alex Wayne Smith (kka, ) (Entered: 08/11/2004) |
| 09/02/2004 | 38 | SUMMONS returned executed on 8/25/04 as to Alex Wayne Smith (JRM) (Entered: 09/08/2004) |
| 09/09/2004 | 39 | AMENDED NOTICE OF HEARING as to Alex Wayne Smith Preliminary Revocation Hearing set for 9/16/2004 04:00 PM in Courtroom 7 before Magistrate Judge James G. Glazebrook. Copies mailed(kka, ) (Entered: 09/09/2004) |
| 09/16/2004 | 40 | Minute Entry for proceedings held before Judge James G. Glazebrook :MINUTE ENTRY held on 9/16/2004 as to Alex Wayne Smith. Preliminary Hearing on Revocation of Supervised Release continued to 9/27/04 at 9:30 a.m. Copies mailed. (Tape #2004-55:2907-3062.) (kka, ) (Entered: 09/16/2004) |
| 09/16/2004 | 41 | AMENDED NOTICE OF HEARING as to Alex Wayne Smith Preliminary Revocation Hearing set for 9/27/2004 09:30 AM in Courtroom 7 before Magistrate Judge James G. Glazebrook. Copies mailed.(kka, ) (Entered: 09/16/2004) |
| 09/17/2004 | 43 | CJA 20 as to Alex Wayne Smith : appointment of attorney Denise Olivia Simpson for Alex Wayne Smith. . Signed by Judge James G. Glazebrook on 9/17/2004. (kka, ) (Entered: 09/20/2004) |
| 09/20/2004 | 42 | NOTICE of attorney appearance: Denise Olivia Simpson appearing for Alex Wayne Smith (kka, ) (Entered: 09/20/2004) |
| 09/28/2004 | 44 | AMENDED NOTICE OF HEARING as to Alex Wayne Smith Preliminary Revocation Hearing reset for 10/4/2004 11:00 AM in Courtroom 7 before Magistrate Judge James G. Glazebrook. Copies mailed(kka, ) (Entered: 09/28/2004) |
| 10/04/2004 | 45 | Minute Entry for proceedings held before Judge James G. Glazebrook :MINUTE ENTRY held on 10/4/2004 as to Alex Wayne Smith (Tape #2004-58:116-209.) (KKA, ) (Entered: 10/04/2004) |
| 10/04/2004 | 46 | NOTICE OF RESCHEDULED HEARING as to Alex Wayne Smith Preliminary Revocation Hearing reset for 10/8/2004 03:00 PM in Courtroom 7 before Magistrate Judge James G. Glazebrook. Copies mailed (KKA, ) (Entered: 10/04/2004) |

| | | |
|---|---|---|
| 10/08/2004 | 47 | Minute Entry for proceedings held before Judge James G. Glazebrook:PRELIMINARY revocation hearing as to Alex Wayne Smith held on 10/8/2004. Defendant released on conditions. (Tape #2004-59:551-679.) (KKA) Additional attachment(s) added on 10/8/2004 (KKA, ). (Entered: 10/08/2004) |
| 01/05/2005 | 48 | SUPERSEDING PETITION on probation and supervised release as to Alex Wayne Smith requesting Summons (ORDER granting petition). Signed by Judge James G. Glazebrook on 1/5/2005. (KKA) Modified on 1/5/2005 (KKA). (Entered: 01/05/2005) |
| 01/05/2005 | 49 | SUMMONS issued as to Alex Wayne Smith (KKA) (Entered: 01/05/2005) |
| 01/07/2005 | 50 | NOTICE of attorney appearance: Clarence William Counts, Jr appearing for Alex Wayne Smith (Counts, Clarence) (Entered: 01/07/2005) |
| 01/13/2005 | 51 | NOTICE canceling Final Revocation Hearing on Supervised Release hearing scheduled for 1/13/05 as to Alex Wayne Smith (KKA) (Entered: 01/13/2005) |
| 01/13/2005 | 52 | NOTICE OF RESCHEDULED HEARING as to Alex Wayne Smith Final Revocation Hearing set for 1/14/2005 10:00 AM in Courtroom 7 before Magistrate Judge James G. Glazebrook. (KKA) (Entered: 01/13/2005) |
| 01/14/2005 | 53 | NOTICE OF HEARING as to Alex Wayne Smith Bench Trial on Final Revocation of Violation on Conditions of Supervised Release set for 1/19/2005 03:00 PM in Courtroom 7 before Magistrate Judge James G. Glazebrook. Copies mailed.(KKA) (Entered: 01/14/2005) |
| 01/14/2005 | 54 | Minute Entry for proceedings held before Judge James G. Glazebrook:Detention Hearing as to Alex Wayne Smith held on 1/14/2005, FINAL revocation hearing on Violation of Supervised Release by Magistrate Judge as to Alex Wayne Smith held on 1/14/2005. TRIAL on Violations is continued to January 19, 2005 at 3:00 p.m. in courtroom #7. (Tape #20053:1-2487.) (KKA) (Entered: 01/14/2005) |
| 01/14/2005 | 55 | ORDER OF DETENTION Pending Sentencing as to Alex Wayne Smith. Signed by Judge James G. Glazebrook on 1/14/2005. (KKA) (Entered: 01/18/2005) |
| 01/19/2005 | 56 | Minute Entry for proceedings held before Judge James G. Glazebrook :Evidenitary hearing on Final Revocation hearing on Violation of Supervised Release held on 1/19/2005 as to Alex Wayne Smith (Tape #2005-3,4:7360-3496.) (KKA) (Entered: 01/20/2005) |
| 01/19/2005 | 57 | EXHIBIT LIST by United States of America as to Alex Wayne Smith. (filed in separate folder) (KKA) (Entered: 01/20/2005) |
| 01/19/2005 | 58 | EXHIBIT LIST by Alex Wayne Smith. (See separate folder) (KKA) (Entered: 01/20/2005) |
| 01/24/2005 | 59 | REPORT AND RECOMMENDATION concerning probation revocation |

| | | as to Alex Wayne Smith. Signed by Judge James G. Glazebrook on 1/24/2005. (KKA) (Entered: 01/24/2005) |
|---|---|---|
| 01/25/2005 | 60 | NOTICE OF HEARING as to Alex Wayne Smith: Final Hearing re Revocation of Supervised Release set for 2/15/2005 10:00 AM in Courtroom 3 before Judge Gregory A. Presnell. (TKW, ) (Entered: 01/25/2005) |
| 02/03/2005 | 61 | OBJECTION by United States of America as to Alex Wayne Smith re 59 REPORT AND RECOMMENDATION concerning probation revocation as to Alex Wayne Smith (Handberg, Roger) (Entered: 02/03/2005) |
| 02/14/2005 | 62 | NOTICE *Response to Objection* by Alex Wayne Smith (Simpson, Denise) (Entered: 02/14/2005) |
| 02/14/2005 | 63 | RESPONSE re 61 Objection *by the United States to Report and Recommendation* (Simpson, Denise) (Entered: 02/14/2005) |
| 02/15/2005 | 64 | Minute Entry for proceedings held before Judge Gregory A. Presnell :FINAL hearing re revocation of supervised release as to Alex Wayne Smith held on 2/15/2005. Court overrules the objection by the government and accepts the Report & Recommendation of Judge Glazebrook (Doc. No. 59). The Superseding Petition to Revoke Supervised Release (#48) is granted and the court will sentence the defendant to time served. The defendant is to serve the remainder of his supervised release and the court will deem the community confinement condition completed. The court will recommend the defendant for transfer of his supervised release to Nikiski, Alaska. (Written order to follow) Court Reporter: Diane Peede (AKJ, ) (Entered: 02/15/2005) |
| 02/15/2005 | 65 | ACKNOWLEDGMENT of right to appeal executed as to Alex Wayne Smith filed in open court. (AKJ, ) (Entered: 02/15/2005) |
| 02/15/2005 | 66 | NOTICE of filing letter by Suzan Baker on behalf of Alex Wayne Smith filed in open court. (AKJ, ) (Entered: 02/15/2005) |
| 02/15/2005 | 67 | JUDGMENT ON REVOCATION of Supervised Release as to Alex Wayne Smith. Defendant sentenced to time served and continued on previous conditions and term of supervised release imposed with the condition of community confinement deemed as completed. Court will recommend the defendant be transferred to Nikiski, Alaska. Signed by Judge Gregory A. Presnell on 2/15/2005. (Certified distribution made; certified copies delivered to marshal at 11 a.m. on 2/15/05)(AKJ, ) (Entered: 02/15/2005) |
| 02/15/2005 | | ***Motions terminated as to Alex Wayne Smith: 59 REPORT AND RECOMMENDATION concerning probation revocation as to Alex Wayne Smith. Judgment on revocation was entered on 2-15-05. (AKJ, ) (Entered: 02/28/2005) |
| 05/10/2005 | 68 | ENDORSED CJA 20 as to Alex Wayne Smith: authorization to pay Denise Simpson. Amount: $2986 ($3314.36 w/exp) - Voucher #ORL2005-042.Signed by Judge Gregory A. Presnell on 04/05/05. Auth |

| | | |
|---|---|---|
| | | by Circ 04/21/05. Processed 05/06/05.(jic) (Entered: 05/10/2005) |
| 12/30/2005 | | ***FRC record data: accession # 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; agency box # 16 of 21; location # 10001990; temporary (IGC) (Entered: 12/30/2005) |
| 04/04/2006 | 69 | TRANSFER of jurisdiction to the District of Alaska as to Alex Wayne Smith. Transmitted certified copies of transfer of jurisdiction form, indictment, judgment and docket sheet. (JRM) (Entered: 04/04/2006) |

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk