PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alex Wayne Smith, aka Alex Wayne Johnston   Case Number:

| | |
|---|---|
| Sentencing Judicial Officer: | Gregory A. Presnell, U.S. District Court Judge, Middle District of Florida<br>John W. Sedwick, Chief U.S. District Court Judge, District of Alaska<br>(case transferred) |
| Date of Original Sentence: | February 15, 2005 (revocation of supervised release) |
| Original Offense: | Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 371 |
| Original Sentence: | Original term of Supervised Release revoked, "Time Served, continue previous term of supervised release (expiration January 6, 2007) |

Date Supervision Commenced: February 15, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

*The defendant shall participate in and fully comply with either or both impatient or outpatient mental health treatment program approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.*

### CAUSE

The above modification is sought in order to address mental health related issues the defendant has brought to the attention of the probation officer. Additionally, the defendant was arrested on December 27, 2005, in Kenai, Alaska, for the crime of Assault in the Fourth Degree, Criminal Mischief in the Fourth Degree and Interfering with a Domestic Violence Report. The probation officer recommends the defendant participate in mental health treatment in order to address personal issues leading up to his arrest.

*Request for Modification of Conditions or Term*
*Name of Offender        :        Alex Wayne Smith, aka Alex Wayne Johnston*
*Case Number              :*

Respectfully submitted,

*Charlene Wortman*

Charlene Wortman
U.S. Probation/Pretrial Services Officer
Date:  March 25, 2006

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other:

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge
Date:  4-2-06

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Alex Wayne Smith**          **Docket No.**  6:03CR00031-001 (M/District of Florida)

I, __Alex Wayne Smith__ , have been advised and understand that I am entitled by law to a hearing
and assistance of counsel before any unfavorable change may be made in my conditions of
supervised release or my period of supervision being extended.  By "assistance of counsel," I
understand that I have the right to be represented at the hearing by counsel of my own choosing if
I am able to retain counsel.  I also understand that I have the right to request the Court to appoint
counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of
my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also
agree to the following modification of my conditions of supervised release:

> The defendant shall participate in and fully comply with either or both inpatient or
> outpatient mental health treatment program approved by the United States
> Probation Office.  At the direction of the probation officer, the defendant may be
> required to pay for all or a portion of any treatment program.

Signed: _____          Date: _2 - 10 - 06_
Alex Wayne Smith
Probationer or Supervised Releasee

Witness: _____          Date: _2-10-06_
Charlene Wortman
U.S. Probation/Pretrial Services Officer