

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Alex Wayne Smith   aka Alex Wayne Johnston |
| DATE OF BIRTH: | 1/4/77 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | 3:06-cr-36 |
| PLACE HELD: | Wildwood |
| DATE OF ARREST: | 8/18/06 |
| TIME OF ARREST: | 1200 |
| PLACE ARRESTED: | Kenai/Soldotna area |
| ARRESTED BY: | AST |

REMARKS: This subject had his supervision transferred from the Middle District of Florida to Alaska in Feb 05.

***This subject will be transported to Anchorage as soon as manpower permits.***

BOOKED IN ENGLISH:     YES __x__     NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.