```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs __ALEX WAYNE SMITH__   CASE NO. __3:06-CR-00036-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE        __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:      __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:     __ANDREA STEWARD__

DEFENDANT'S ATTORNEY:       __MIKE DIENI, APPOINTED__

U.S.P.O.:                   __CHARLENE WORTMAN__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISE
             RELEASE (DOC #4) Held 08/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

_X_ Copy of Petition and Supplemental Petition to Revoke Supervised Release given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: __Same as above.__

_X_ Financial Affidavit filed. Federal Public Defender accepted appointment. FPD notified.

_X_ Consent to be filed by **August 23, 2006** or case shall be transferred to U.S. District Judge.

_X_ Continued Initial Appearance on Petition and Supplemental Petition to Revoke Supervised Release (DOC #4 & #7) set for **August 23, 2006 at 11:30 a.m.** before Magistrate Judge Roberts.

_X_ Defendant detained; Order of Detention Pending Trial FILED.

At 1:48 p.m. court adjourned.


DATE:   __August 21, 2006__    DEPUTY CLERK'S INITIALS:  __Ce__

```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs___ALEX WAYNE SMITH___CASE NO.___3:06-CR-00036-JWS___
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      ANDREA STEWARD

DEFENDANT'S ATTORNEY:        MIKE DIENI, APPOINTED

U.S.P.O.:                    CHARLENE WORTMAN

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISE
             RELEASE (DOC #4) Held 08/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

_X_ Copy of Petition and Supplemental Petition to Revoke
Supervised Release given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name:_____Same as above._____

_X_ Financial Affidavit filed.  Federal Public Defender accepted
appointment.  FPD notified.

_X_ Consent to be filed by **August 23, 2006** or case shall be trans-
ferred to U.S. District Judge.

_X_ Continued Initial Appearance on Petition and Supplemental
Petition to Revoke Supervised Release (DOC #4 & #7) set for
**August 23, 2006 at 11:30 a.m.** before Magistrate Judge Roberts.

_X_ Defendant detained; Order of Detention Pending Trial FILED.

At 1:48 p.m. court adjourned.


DATE:_____August 21, 2006_____   DEPUTY CLERK'S INITIALS: ___Ce___