MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __ALEX WAYNE SMITH__   CASE NO. __3:06-CR-00036-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE         __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:         __CAROLINE EDMISTON/SUZANNETTE DAVID__

UNITED STATES ATTORNEY:        __KAREN LOEFFLER__

DEFENDANT'S ATTORNEY:          __MIKE DIENI__

U.S.P.O.:                      __CHARLENE WORTMAN__

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE (DOC# 4) Held 08/23/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:28 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: __Same as above.__
_X_ Defendant **ADMITTED** allegation 3 of the Petition to Revoke Supervised Release and **ADMITTED** Allegations 4 & 5 of the Supplemental Petition to Revoke Supervised Release; Allegations 1 & 2 of the Petition to Revoke Supervised Release and Allegations 6, 7, 8, 9, 10, & 11 of the Supplemental Petition to Revoke Supervised Release to be DISMISSED at the Final Disposition Hearing.

_X_ Matter to be referred to U.S. District Judge for Final Disposition Hearing. Parties requested that the hearing be set as soon as possible. Mr. MCCoy unavailable the week of September 11, 2006.

_X_ Defendant's detention continued.

_X_ OTHER: Court and counsel heard re parties stipulation.

At 11:38 p.m. court adjourned.


DATE:    __August 23, 2006__      DEPUTY CLERK'S INITIALS: __ce__