Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>            Defendant. | Case No. 3:06-cr-0036-JWS<br><br>NOTICE OF AGREEMENT FOR DISPOSITION HEARING |

       Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice of the proposed sentence for the disposition hearing now set for Wednesday August 30, 2006.

       At the time of the adjudication, the parties, including Assistant United States Attorney Karen Loeffler, Federal Probation Officer Charlene Wortman, and Mr. Smith/Johnston, agreed to jointly recommend that his supervised release be revoked and reinstated on terms that include 30 days of incarceration and a one-year extension of his supervised release from the current termination date of January 7, 2007.

       All of the remaining conditions will remain as previously ordered.

DATED this 28th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on August 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Andrea Steward, Esq.

/s/ Michael D. Dieni