UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>AKA ALEX WAYNE JOHNSTON | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 07/08/2003)<br>Case Number: 3:06-CR-00036-JWS<br>Mike Dieni<br>Defendant's Attorney |

Defendant's probation officer filed a petition on __08/21/06__ accusing defendant of __11__ violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegation 3 of the Petition to Revoke Supervised Release and ADMITTED Allegation 4 & 5 of the Supplemental Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 3 | Special | Controlled Substance | 08/17/2006 | C |
| 4 | Standard | Marijuana Pipe | 08/18/2006 | C |
| 5 | Standard | Marijuana | 08/18/2006 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __4__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

AUGUST 30, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

8-31-06
Date

AO245.REV

Defendant: ALEX WAYNE SMITH
          AKA ALEX WAYNE JOHNSTON
Case No.:  3:06-CR-00036-JWS

Amended Judgment--Page  2  of  4

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  30 Days  .

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
                      a.m.
    [_] at _____ p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                         United States Marshal

                            By _____
                                         Deputy Marshal

AO245.REV

Defendant: ALEX WAYNE SMITH
          AKA ALEX WAYNE JOHNSTON            Amended Judgment--Page  3  of  4
Case No.:  3:06-CR-00036-JWS

## RESTITUTION AND FORFEITURE
### RESTITUTION

[X]   The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| BANK OF AMERICA | $181,875.00 |

Restitution shall be paid:

   [X]   in full immediately.
   [X]   in installments according to the following schedule of payments:

All fines and restitution shall be paid forthwith, and any remaining unpaid portion thereof shall be paid during incarceration and thereafter during and as a condition of supervision in a payment or payments to be determined by the probation officer and U.S. Attorney.  <u>The defendant shall pay the outstanding balance of any court-ordered fine or restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income of $25.00, whichever amount is greater.</u>  Payments shall be made directly to the Clerk of Court.  The defendant shall notify the U.S. Attorney of this district within 30 days of any change of mailing or residence address that occurs while any protion of any fine or restitution remains unpaid.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

[_]   The defendant is ordered to forfeit the following property to the United States:

AO245.REV

Defendant: ALEX WAYNE SMITH
          AKA ALEX WAYNE JOHNSTON                Amended Judgment--Page _4_ of _4_
Case No.:  _3:06-CR-00036-JWS_

**SUPERVISED RELEASE**

Defendant's supervised release is modified as follows:

1. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.
2. The defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment program approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.
3. The defendant shall submit to a warrantless search of person, residence, vehicle, office, place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be ground for revocation. The defendant shall not reside any any location without having first advised other residents that the premises may be subject to searches pursuant to this condition.
4. The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer.
5. The defendant shall not possess a firearm, destructive device, or other weapon.
6. The defendant shall perform 75 hours of community work service.

The term of supervision is extended as follows: One Year.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV