

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | SMITH, Alex Wayne |
| DATE OF BIRTH: | 1/4/77 |
| CHARGE: | Supervised Release Violation |
| CASE NUMBER: | 3:06-CR36 (JWS) |
| PLACE HELD: | Wildwood Pre-Trial Facility |
| DATE OF ARREST: | 2/14/07 |
| TIME OF ARREST: | 1300 |
| PLACE ARRESTED: | Kenai, AK |
| ARRESTED BY: | AST |

REMARKS: SMITH is in federal custody at Wildwood awaiting transport to Anchorage. The USMS will transport SMITH as soon as possible depending on manpower. This office will notify the court as soon as SMITH is available for court.

BOOKED IN ENGLISH: YES __x__ NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.