United States District Court
for the
DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
)
) Case Number: 3:06CR36 (JWS)
)
vs. )
) **WARRANT FOR ARREST**
)
)
Alex Wayne Smith aka Alex Wayne Johnston )

**RECEIVED**
FEB 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Alex Smith aka Alex Wayne Johnston and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

2-13-07
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Kenai, AK | | |
| Date Received: 2/13/07  Date of Arrest: 2/14/07 | Name and title of arresting officer: AST | Signature of arresting officer: |