MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __ALEX WAYNE SMITH__    CASE NO. __3:06-CR-00036-JWS__
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE         __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:       __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:      __RETTA-RAE RANDALL__

DEFENDANT'S ATTORNEY:        __MIKE DIENI, APPOINTED__

U.S.P.O.:                    __CHARLENE WORTMAN__

PROCEEDINGS: INITIAL APPEARANCE ON AMENDED PETITION TO REVOKE
             SUPERVISED RELEASE (DOC 21) Held 02/21/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:18 p.m. court convened.

_X_ Copy of Amended Petition to Revoke Supervised Release (DOC 21) given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: __Same as above.__

_X_ Financial Affidavit **FILED**. Federal Public Defender accepted appointment. FPD notified.

_X_ Defendant **DENIED** Allegations _1, 2, 3, 4 and 5 of the Amended Petition to Revoke Supervised Release._

_X_ Consent to be filed on or before **February 23, 2007** or case shall be transferred to U.S. District Judge.

_X_ Detention/Preliminary Hearing set for **February 26, 2007 at 9:30 a.m.**

_X_ Defendant detained; Order of Temporary Detention Pending Trial **FILED**.

_X_ OTHER: _Court and counsel heard re defendant's oral motion to have another pretrial services officer review the proposed Third Party Custodian; Court will leave the matter for the pretrial services._

At 3:41 p.m. court adjourned.

DATE: __February 21, 2007__    DEPUTY CLERK'S INITIALS: __Ce__