MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ALEX WAYNE SMITH                CASE NO. 3:06-CR-00036-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CHAD WILTS

UNITED STATES' ATTORNEY:      RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:         MIKE DIENI

U.S.P.O.:                     CHARLENE WORTMAN

PROCEEDINGS: PRELIMINARY / DETENTION HEARING ON AMENDED PETITION TO REVOKE SUPERVISED RELEASE (DKT 21) Held: 2/26/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

Court and counsel heard re defendant's oral motion to release the defendant to the Cordova Center.

Charlene Wortman sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1, 2, 3, 4 and 5; **ADMITTED**.

At 10:22 a.m. court recessed until 10:29 a.m.

Court found probable cause to continue holding the defendant to answer the allegations as stated in the Amended Petition to Revoke Supervised Release.

Court and counsel heard re defendant's unopposed oral motion to release the defendant to the Cordova Center; **GRANTED**.  Order Setting Conditions of Release **FILED**.  Release Order **SIGNED**.

Court and counsel heard re defendant's unopposed oral motion for water pipe and test in Virginia to be tested at an independent lab; **GRANTED**.

All admitted exhibits retained by counsel.

List of Exhibits and List of Witnesses filed separately.

At 10:47 a.m. court adjourned.

NOTE: Original and one copy of the Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE: February 26, 2007      DEPUTY CLERK'S INITIALS: CLW