IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  ALEX WAYNE SMITH

CASE NO:  3:06-CR-00036-JWS

-------------------------------------------------------------------------------------------

Defendant  ALEX WAYNE SMITH ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____ Released to _____, the third party custodian(s)

_____ Paid cash bail in the amount of _____ to the Clerk of Court

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____ Surrendered passport to the Clerk of Court

✓ Other  Release to U.S. Probation Officer for transport to the Cordova Center.

Dated at  Anchorage , Alaska this 26th  day of February , 20 07.

SIGNATURE REDACTED

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 2/07)