(Rev 2/07)                                          **LIST OF EXHIBITS**

---

Case No.   3:06-CR-00036-JWS          Magistrate Judge: **JOHN D. ROBERTS**

Title       U.S.A.
      vs.
            ALEX WAYNE SMITH

Dates of Hearing: 2/26/07

Deputy Clerk:    CHAD WILTS

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| RETTA-RAE RANDALL | MIKE DIENI |
|  |  |
|  |  |

---------------------------------------------------EXHIBITS---------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 2/26/07 | drug test | | | | |
| 2 | X | 2/26/07 | wiz info | | | | |
| 3 | X | 2/26/07 | photographs | | | | |
| 4 | X | 2/26/07 | picture of mint box | | | | |
| 5 | X | 2/26/07 | 4 photographs | | | | |