NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00036-JWS |
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION TO |
| | ) RESCHEDULE |
| ALEX WAYNE SMITH, | ) EVIDENTIARY/DISPOSITION |
| | ) HEARING |
| Defendant. | ) |

The United States of America, by and through its counsel of record, requests that the evidentiary hearing now set for 8:30 a.m. on Wednesday, April 4, 2007, be rescheduled for that afternoon or some other time period during the week of April 2, 2007.

Counsel for the United States has a sentencing hearing in <u>United States v. Linda A. Haas</u>, 3:06-cr-00098-RRB, set for 9:00 a.m. on Wednesday, April 4, 2007. There are several sentencing issues to address during that hearing and several of the victims are planning to attend and present a statement. Undersigned counsel has spent much time establishing a rapport with these victims and becoming familiar with the sentencing issues; continuity of counsel is important to represent the interests of the United States in this case.

The evidentiary hearing in this case (<u>United States v. Alex Wayne Smith</u>) will be lengthy - two witnesses may be appearing telephonically to testify; witnesses from the United States Probation Office will also be testifying. The Office of the Federal Public Defender is conducting independent drug testing and may have additional witnesses. To date no stipulations have been reached. Undersigned counsel has already invested much time investigating the legal and factual issue in this case and preparing witnesses.

The defendant is not opposed to a rescheduling as long as it can be rescheduled within the week of April 2, 2007.

WHEREFORE, rescheduling of the evidentiary/disposition hearing now set for 8:30 a.m. on Wednesday, April 4, 2007, to the afternoon of Wednesday, April 4, or

some other time period during the week of April 2, 2007, is requested.

RESPECTFULLY SUBMITTED this 2nd day of March, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2007 a copy of the foregoing Unopposed Motion to Reschedule Evidentiary/ Disposition Hearing was served electronically on:

Mike Dieni
Assistant Federal Public Defender
601 W 5th Avenue, Suite 800
Anchorage, AK 99501

s/ Retta-Rae Randall

U.S. v. Alex Wayne Smith
3:06-CR-00036-JWS