NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO RESCHEDULE |
| | ) | EVIDENTIARY/DISPOSITION |
| ALEX WAYNE SMITH, | ) | HEARING |
| | ) | |
| Defendant. | ) | |

The government's Request to Reschedule Evidentiary/Disposition Hearing set for Wednesday, April 4, 2007, at 8:30 a.m. has been reviewed and is hereby GRANTED.

The Evidentiary/Disposition Hearing is now set for April _____, 2007, at _____ a.m./p.m.

IT IS SO ORDERED.


Dated:_____          _____
                                       JOHN W. SEDWICK
                                       United States District Judge