NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | RETTA-RAE RANDALL |
| ALEX WAYNE SMITH, | ) | |
| Defendant. | ) | |

I, RETTA-RAE RANDALL, being first duly sworn upon oath, depose and say:

1. I am the Assistant United States Attorney assigned to this case.

2.  All of the representations contained in the attached Government's Unopposed Motion to Reschedule Evidentiary/Disposition Hearing are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 3/2/07.

_____
RETTA-RAE RANDALL

SUBSCRIBED AND SWORN TO before me this 2nd day of March, 2007, Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires:

U.S. v. Alex Wayne Smith
3:06-CR-00036-JWS                    2