Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0036-JWS<br><br>MOTION FOR BAIL REVIEW,<br>*Filed on Shortened Time* |

　　　　　Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a bail review hearing.

　　　　　Mr. Smith is prepared to propose a third-party custodian as a substitute for the current Cordova Center placement.  At the time of the initial arraignment, Mr. Smith did not have a qualified third-party custodian.  Without opposition from the government, Mr. Smith was released to the Cordova Center.  He now is prepared to propose his brother-in-law, Mr. David Campbell, as a competent third-party custodian with whom he can reside.  Mr. Campbell has flexible work hours and obligations, and can supervise

Mr. Smith 24 hours a day, if necessary. It is believed that Mr. Campbell has no criminal history. He is a veteran of overseas military duty in both Iraq and Afghanistan. It is expected that he will be able to perform his duty as a third-party custodian without difficulty.

DATED this 6th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 6, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Andrea Steward, Esq.

/s/ Michael D. Dieni