UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>   Defendant. | Case No. 3:06-cr-0036-JWS<br><br>PROPOSED<br>ORDER SCHEDULING BAIL REVIEW |

  After due consideration of defendant's motion on shortened time, the motion is GRANTED.

  After due consideration of defendant's motion for bail review, for good cause shown,

  IT IS HEREBY ORDERED that the motion is granted and a bail review hearing is set for _____, 2007, at _____ a.m./p.m.

  DATED this ____ day of _____, 2007 in Anchorage, Alaska.

               _____
                   John D. Roberts
                United States Magistrate Judge