IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | RESCHEDULE |
| ALEX WAYNE SMITH, | ) | EVIDENTIARY/DISPOSITION |
| | ) | HEARING |
| | ) | |
| Defendant. | ) | |

The government's Request to Reschedule Evidentiary/Disposition Hearing set for Wednesday, April 4, 2007, at 8:30 a.m. has been reviewed and is hereby **GRANTED**.

The Evidentiary/Disposition Hearing is now set for **April 5, 2007**, at **2:30 p.m**.

**IT IS SO ORDERED**.

Dated: March 7, 2007                                     /s/  JOHN W. SEDWICK
                                                          United States District Judge