```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs. ALEX WAYNE SMITH            CASE NO. 3:06-cr-00036-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           MICHAEL DIENI

U.S.P.O.:                       CHARLENE WORTMAN

PROCEEDINGS: BAIL REVIEW HEARING HELD MARCH 9, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

Court and counsel heard re defense counsel's oral motion to modify the defendant's conditions of release.

David Campbell sworn and testified on behalf of the defendant as a third party custodian.

At 1:51 p.m. court recessed until 1:57 p.m.

Court and counsel heard re defense counsel's oral motion to modify the defendant's conditions of release; **DENIED.**

Defendant's conditions of release remain as previously set.

At 2:01 p.m. court adjourned.

DATE:     March 9, 2007           DEPUTY CLERK'S INITIALS:  amk