Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>           Defendant. | Case No. 3:06-cr-0036-JWS<br><br>NON-OPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND EVIDENCE, *Filed on Shortened Time* |

Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order compelling Scientific Testing Laboratories Inc. (SCLI) to release evidence pertinent to the pending petition to revoke supervised release to Intermountain Forensic Laboratories, Inc. This motion is filed on an expedited basis to accommodate the current hearing date of April 4, 2007.

In particular, this motion requests production of the remainder of a urine sample collected from Alex Smith on September 28, 2006.  The report issued by SCLI identifies the sample as Specimen ID C00479780.  In addition, SCLI should be required

to provide any documentation pertaining to chain of custody for the sample. SCLI has requested that defendant obtain a court order before they will release the sample and documentation.

Allegation 1 of the pending petition to revoke supervised release asserts that a sample given by Mr. Smith tested positive for marijuana. Mr. Smith wishes to retest the sample and to examine documentation pertaining to the question of whether an error in identification of the correct sample might have occurred.

The government, through Assistant United States Attorney Retta Rae Randall, has agreed to non-oppose this motion.

DATED this 16th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 16, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Andrea Steward, Esq.

/s/ Michael D. Dieni