UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0036-JWS<br><br><br>ORDER DIRECTING RELEASE<br>OF SAMPLE |

After due consideration of defendant's motion to compel Scientific Testing Laboratories, Inc., 450 Southlake Boulevard, Richmond VA 23236, to release the remainder of a urine sample and a copy of chain of custody documentation pertaining to the sample to Intermountain Forensic Laboratories, Inc., 11715 N.E. Glisan, Portland, OR 97220, the motion is GRANTED.

Scientific Testing Laboratories is ordered to release the remainder of a urine sample collected on September 28, 2006, from Alex Smith, identified further in its records as Specimen ID C00479780, and any related chain of custody documentation, to Intermountain Forensic Laboratories, Inc.

Scientific Testing Laboratories is directed to implement the terms of this order as soon as reasonably possible.

DATED this 16th day of March, 2007, in Anchorage, Alaska.

/s/JOHN W. SEDWICK
―――――――――――――――――――
John W. Sedwick
United States District Court Judge