NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:06-CR-00036-JWS |
| Plaintiff, | ) |
| vs. | ) SECOND MOTION TO |
| | ) RESCHEDULE |
| | ) EVIDENTIARY/DISPOSITION |
| ALEX WAYNE SMITH, | ) HEARING |
| Defendant. | ) Filed on Shortened Time |

The United States of America, by and through its counsel of record, requests that the evidentiary hearing now set for 2:30 p.m. on Thursday, April 5, 2007, be rescheduled for a morning session during the week of April 2, 2007, or shortly thereafter.  Apologies are made to all for this inconvenience.

The parties have agreed to telephonic testimony by witnesses from the drug testing laboratories.  The laboratory used by the United States Probation Office for

the drug testing underlying Allegation 1 of the pending petition is located in Richmond, VA. There are no employees available to testify after 5:00 p.m. Eastern Time, which would be 1:00 p.m. Alaska Time.

WHEREFORE, the United States of America requests the rescheduling of the evidentiary/disposition hearing now set for 2:30 p.m. on Thursday, April 5, 2007, for a morning session during the week of April 2, 2007, or shortly thereafter.

RESPECTFULLY SUBMITTED this 19th day of March, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007 a copy
of the foregoing Second Motion to
Reschedule Evidentiary/ Disposition Hearing
was served electronically on:

Mike Dieni

s/ Retta-Rae Randall