NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| vs. | ) | ORDER GRANTING SECOND |
| | ) | MOTION TO RESCHEDULE |
| ALEX WAYNE SMITH, | ) | EVIDENTIARY/DISPOSITION |
| | ) | HEARING |
| | ) | |
| Defendant. | ) | |

The government's Second Request to Reschedule Evidentiary/Disposition Hearing set for Thursday, April 5, 2007, at 2:30 p.m. has been reviewed and is hereby GRANTED/DENIED.

The Evidentiary/Disposition Hearing is now set for April _____, 2007, at _____ a.m.

IT IS SO ORDERED.


Dated:_____          _____
                                        JOHN W. SEDWICK
                                        United States District Judge