NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | RETTA-RAE RANDALL |
| ALEX WAYNE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I, RETTA-RAE RANDALL, being first duly sworn upon oath, depose and

say:

　　1.　　I am the Assistant United States Attorney assigned to this case.

2.    All of the representations contained in the Government's Second

Motion to Reschedule Evidentiary/Disposition Hearing are true and correct to the

best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 3/19/07 .

RETTA-RAE RANDALL

SUBSCRIBED AND SWORN TO before me this 19th day of March, 2007,
Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 5/4/07

U.S. v. Alex Wayne Smith
3:06-CR-00036-JWS