Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>                Defendant. | Case No. 3:06-cr-0036-JWS<br><br>MOTION FOR BAIL REVIEW,<br>*Filed on Shortened Time* |

        Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a bail review hearing.  Currently, Mr. Smith is released to reside at the Cordova Center.  He requests that he be released to a third party custodian in order to start new employment.  This motion is filed on shortened time because the new employment is scheduled to begin on Monday, April 2.

        At the last bail hearing, the court indicated that if Mr. Smith obtained employment, the court would reconsider the proposal that would have Mr. Smith reside with his sister and brother-in-law.   Since that time, while at the Cordova Center, Mr. Smith

has looked for work. He has been offered employment with a company called Polar Supply as an expediter/salesman. The job will be performed in Anchorage. The hours will vary, but it will be a day time job, ranging from 6:00 a.m. to 7:00 p.m. To do the work, Mr. Smith will need to have a cell phone and a car. For these reasons, he has to be released from the halfway house to take the job.

The release proposal will have Mr. Smith reside at the home of his brother-in-law, David Campbell. Mr. Campbell offered to be a third party custodian before, and is still available for that task, if needed. In addition, Mr. Smith will submit to random urinalysis testing.

DATED this 28th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 28, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Andrea Steward, Esq.

and hand delivered to

United States Probation
222 West Seventh Avenue, No. 8, Room 168
Anchorage, AK  99513

/s/ Michael D. Dieni

*United States v. Alex Wayne Smith a/k/a Alex Wayne Johnston*   Page 2
Case No. 3:06-cr-0036-JWS