UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>           Defendant. | Case No. 3:06-cr-0036-JWS<br><br>PROPOSED<br>ORDER SCHEDULING BAIL<br>REVIEW HEARING |

After due consideration of defendant's motion for a bail hearing on shortened time, it is hereby ordered that the motion is granted. A hearing to consider a change in release conditions is set for _____, 2007, at _____ a.m./p.m.

DATED this _____ day of _____, 2007 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge