NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:06-CR-00036-JWS |
| Plaintiff, | |
| vs. | <u>OPPOSITION TO  MOTION FOR BAIL REVIEW</u> |
| ALEX WAYNE SMITH, | **Filed on Shortened Time** |
| Defendant. | |

The United States of America, by and through its counsel of record, reminds the court that at the last bail hearing a medical clearance was needed from the defendant before he could begin any type of employment.  No medical clearance has been provided to the Cordova Center or to the United States Probation Office.

The job with Polar Supply is very physical and will require heavy lifting and a medical clearance is certainly recommended.

In addition, Polar Supply has confirmed that they have **not** offered the defendant any employment and they **cannot** make an offer of employment until the applicant completes their hiring procedure, which includes a background check, UA testing, and verifying references. The defendant submitted a resume to Polar Supply under the name of Alex Johnston, and an application was provided to the defendant which has yet to be returned. Because the job involves deliveries on the military bases, a security clearance of the defendant would be required - individuals with felony convictions are not allowed on military bases (reminding the court that this was verified at the last bail hearing by the defendant's proposed third party who works on a military base).

Counsel for the government also asks the court to note that the Motion for Bail Hearing was **not** supported by any filed affidavit verifying the accuracy of the facts therein.

Until such medical clearance is provided to the United States Probation Office and until the application becomes a genuine job offer, a motion for bail review is not timely and should be denied. At the least, such request could be

raised at the Evidentiary Hearing to Revoke Supervised Release and the Disposition Hearing now set for Thursday, April 5, 2007, at 8:00 a.m.

RESPECTFULLY SUBMITTED this 29th day of March, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on
March 29, 2007,a copy of the
foregoing Opposition to
Motion for Bail Hearing
was served electronically on:

Mike Dieni
Assistant Federal Public Defender
601 W 5th Avenue, Suite 800
Anchorage, AK 99501

s/ Retta-Rae Randall