NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| vs. | ) | ORDER RE: MOTION FOR BAIL REVIEW |
| | ) | |
| ALEX WAYNE SMITH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

After consideration of the Government's Opposition to Motion for Bail Review, the defendant's Motion for Bail Review is hereby GRANTED/DENIED. IT IS SO ORDERED.

Dated:_____   _____
                                                        United States District\Magistrate  Judge

U.S. v. Alex Wayne Smith
3:06-CR-00036-JWS