NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | RETTA-RAE RANDALL |
| ALEX WAYNE SMITH, | ) | |
| Defendant. | ) | |

I, RETTA-RAE RANDALL, being first duly sworn upon oath, depose and say:

1. I am the Assistant United States Attorney assigned to this case.

2.  All of the representations contained in the attached Government's Opposition to Motion for Bail Review are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 3/29/07 .

_____
RETTA-RAE RANDALL

SUBSCRIBED AND SWORN TO before me this 29th day of March, 2007, Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 4/16/8