```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>ALEX WAYNE SMITH</u>           CASE NO. <u>3:06-cr-00036-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:          <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>RETTA-RAE RANDALL</u>

DEFENDANT'S ATTORNEY:          <u>MICHAEL DIENI</u>

U.S.P.O.:                      <u>CHARLENE WORTMAN</u>

PROCEEDINGS: STATUS CONFERENCE (BAIL REVIEW HEARING)
             HELD MARCH 30, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:42 p.m. court convened.

Court and counsel heard re defendant's unopposed oral motion to continue Bail Review Hearing; **GRANTED.** Bail Review Hearing set for **April 2, 2007 at 2:30 p.m.**

Defendant's conditions of release remain as previously set.

At 1:45 p.m. court adjourned.

DATE:     <u>March 30, 2007</u>         DEPUTY CLERK'S INITIALS: <u>amk</u>