Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>                Defendant. | Case No. 3:06-cr-0036-JWS<br><br>UNOPPOSED MOTION TO VACATE BAIL MODIFICATION HEARING, *Filed on Shortened Time* |

       Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, and requests that the court vacate the bail modification hearing now set for 1:30, Monday, April 2, 2007.  Undersigned counsel contacted government's counsel, Assistant United States Attorney Retta-Rae Randall, and she non-opposed rescheduling the hearing to Wednesday.  Upon reflection, it seems that the better course would be to simply vacate the hearing on Monday altogether, and not reschedule it until later.

       The purpose behind having a hearing on Monday was for Mr. Smith to prove that he had new employment.  At the last hearing, on Friday, March 30, Mr. Smith believed

he had secured new employment, but he did not have confirmation. It now appears that confirmation will not be available until the middle of the week of April 2.

Therefore, this request is to simply vacate the hearing. Mr. Smith will request a hearing at a later date when the appropriate information is secured.

DATED this 2nd day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 2, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni