UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:06-cr-0036-JWS |
| vs. | |
| | PROPOSED |
| ALEX WAYNE SMITH | ORDER VACATING BAIL |
| a/k/a ALEX WAYNE JOHNSTON, | MODIFICATION HEARING |
| Defendant. | |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's unopposed motion to vacate bail modification hearing, the motion is GRANTED.  The bail modification hearing, currently scheduled for Monday, April 2, 2007, at 1:30 p.m., is VACATED.

DATED this _____ day of _____, 2007, in Anchorage, Alaska.


_____
John D. Roberts
United States Magistrate Judge