Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>                Defendant. | Case No. 3:06-cr-0036-JWS<br><br>UNOPPOSED MOTION TO CONTINUE ADJUDICATION/ DISPOSITION, *Filed on Shortened Time* |

       Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order continuing the adjudication/disposition for approximately one month.  This motion is unopposed by Assistant United States Attorney Retta-Rae Randall.

       A continuance is necessary to complete the chemical retesting of a urine sample that is the basis for the first allegation of the pending petition.  As the court may recall, Mr. Smith is contesting the outcome of an allegedly dirty urinalysis test.  To do so, he has requested that the urine sample be retested by an independent laboratory.  Although this court issued an order requiring that the sample be sent from one laboratory

to another, that process has not been completed and will not be completed in time for the now scheduled April 5 hearing date. A continuance of approximately one month is necessary to complete the process.

The reason for the delay is not presently completely understood. Apparently, the laboratory used by the government has not been willing to comply with the court order. The reasons for their failure to do so are being investigated at the present time. In Mr. Smith's view, one of two things will happen. Either a different laboratory will be selected to do the retesting, or Mr. Smith will file the appropriate motions to deal with what might be interpreted to be a discovery violation.

In any event, this matter cannot be resolved by April 5, and a continuance is necessary.

DATED this 2nd day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 2, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni