UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>            Defendant. | Case No. 3:06-cr-0036-JWS<br><br>PROPOSED<br>ORDER CONTINUING<br>ADJUDICATION/DISPOSITION |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's unopposed motion to continue adjudication/disposition, the motion is GRANTED. The adjudication/disposition in this matter is continued until _____, 2007, at _____ a.m./p.m.

DATED this ____ day of _____, 2007, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge