UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>           Defendant. | Case No. 3:06-cr-0036-JWS<br><br>ORDER VACATING BAIL<br>MODIFICATION HEARING |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's unopposed motion to vacate bail modification hearing, the motion is GRANTED. The bail modification hearing, currently scheduled for Monday, April 2, 2007, at 1:30 p.m., is VACATED.

DATED this 2nd day of April, 2007, in Anchorage, Alaska.


DATED this 2nd day of April, 2007, at Anchorage, Alaska.

                                      /s/ John D. Roberts
                                      JOHN D. ROBERTS
                                      United States Magistrate Judge