UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>                Defendant. | Case No. 3:06-cr-0036-JWS<br><br><br>ORDER CONTINUING<br>ADJUDICATION/DISPOSITION |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's unopposed motion to continue adjudication/disposition, the motion is GRANTED. The adjudication/disposition in this matter is continued until May 8, 2007, at 8:30 a.m.

DATED this  2   day of May, 2007, in Anchorage, Alaska.


                                                        /s/ JOHN W. SEDWICK
                                                      United States District Court Judge