Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>           Defendant. | Case No. 3:06-cr-0036-JWS<br><br>MOTION FOR BAIL HEARING,<br>*Filed on Shortened Time* |

       Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a bail hearing to consider modification of release conditions.

       Mr. Smith has secured a firm offer to try out for a job.  His proposed modification would allow him to leave the halfway house and to reside with his brother-in-law, David Campbell, who has already offered to be a third-party custodian.  The work will begin on April 10 as a "working interview."  *See* attached Exhibit A.  In effect, Mr. Smith is being given a chance to prove his mettle to the employer.

Mr. Smith concurrently and independently requests that his bail be modified to leave the halfway house to attend memorial services in Soldotna for his grandfather, who passed away Tuesday, April 3. The date is yet unset, but it is anticipated that it likely will occur at the end of the this week. If released, it is expected that Mr. Campbell would be in a position to accompany Mr. Smith to Soldotna.

DATED this 4th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni