

**6201 Burlwood St ~ Anchorage Alaska 99507**
**Phone (907) 345-9699   Fax (907) 345-9688**

April 3, 2007

To Whom It May Concern:

Alex Johnston has been hired at Gage Tree Service, LLC today on a "working interview" basis. He will work with us beginning April 10th, 2007 and his skills will be assessed by the owner on the job and a final determination will be made by both parties for continued employment.

Paperwork for hire has been completed today and Alex is expected on April 10th at 8:00am.

*Carley Dunn*
Carley Dunn
Office Manager