IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Alex Wayne Smith

CASE NO: 3:06-CR-00036 JWS

---

Defendant Alex Wayne Smith,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to David M. Campbell , the third party custodian(s).

___ Paid cash bail in the amount of _____ to the Clerk of Court.

___ Posted unsecured bond in the amount of _____

___ Posted bond secured by ___ property or ___ surety in the amount of _____ with the Clerk of Court.

___ Surrendered passport to the Clerk of Court.

___ Other: _____

Dated at Anchorage, Alaska this 5th day of April, 2007.

SIGNATURE REDACTED

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal