MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ALEX WAYNE SMITH__   CASE NO.__3:06-CR-00036-JWS__
Defendant: _X_Present  _X_On Bond

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY:___RETTA-RAE RANDALL_____

DEFENDANT'S ATTORNEY:_____MIKE DIENI_____

U.S.P.O.:_____CHARLENE WORTMAN_____

PROCEEDINGS: BAIL REVIEW HEARING Held 04/05/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Court and counsel heard re defendant's oral motion to release the
defendant to previously proposed Third Party Custodian, David M.
Campbell, with conditions; **GRANTED.**

Court and counsel heard re defendant's oral motion to allow the
defendant to travel to Soldotna, AK for memorial service;
**GRANTED.**

Amended Order Setting Conditions of Release **FILED.**

Release Order **FILED.**

At 2:03 p.m. court adjourned.

NOTE: Original and one copy of the Release Order hand delivered
to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:_____April 5, 2007_____ DEPUTY CLERK'S INITIALS:___ce____