NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.  3:06-CR-00036-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO AMEND ORDER AT |
| vs. | ) | DOCKET 48 |
| | ) | |
| ALEX WAYNE SMITH, | ) | Filed on Shortened Time |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its counsel of record, requests the court to amend its Order at Docket 48.  Defendant has requested release of the remainder of a urine sample and a copy of the chain of custody documentation pertaining to the sample from Scientific Testing Laboratories, a laboratory certified by the Substance Abuse and Mental Health Services Administration ("SAMHSA")(an agency of the Department of Health and Human Services ("HHS")) to a non-

SAMSHA certified laboratory, Intermountain Forensic Laboratories, Inc., 11715 N.E. Gilsan, Portland OR 97220. Scientific Testing Laboratories is under contract with the Administrative Office of the United States Courts (AOUSC) to provide urine testing for the U.S. probation and pretrial services drug testing program.

In accordance with 18 USC 3563 (e) and 3583 (d), which state in part, that "a drug test confirmation shall be a urine drug test confirmed by using gas chromatography/mass spectrometry techniques or such test as the Director of the Administrative Office of the United States Courts after consultation with the Secretary of Health and Human Services (HHS) may determine to be of equivalent accuracy," the AOUSC consulted with HHS and adopted the HHS certification requirement that any laboratory testing urine specimens must be a HHS certified laboratory. The AOUSC is the holder of the national urinalysis contract for the federal probation and pretrial services system and sets the requirements for the national urinalysis laboratory drug testing program.

The national contract further requires that "the Contractor shall be certified by the Department of Health and Human Services (HHS) under its Mandatory Guidelines for Federal Workplace Drug Testing programs." The HHS certification requirement is the highest and most rigorous laboratory requirement for urinalysis drug testing. The AOUSC chose this high level of certification to ensure the

integrity of the urinalysis drug testing program as the testing program can revoke a person's freedom.  The contract requires the independent laboratory also be HHS certified to ensure that the same level of testing and requirements for the national laboratory process is used by the independent laboratory.  This requirement ensures the integrity of the urinalysis process and that a fair and accurate "apples-to-apples" comparison is made during the re-analysis.  The intent of this requirement is to eliminate the belief that the defendant/offender's urine re-analysis is not held to the same standard, therefore, it should not be admissible due to different laboratory testing requirements.

Attached is a list of HHS Certified Laboratories available at the www.SAMHSA.gov website, and at the Federal Register, Vol. 72, No. 63, Tuesday, April 3, 2007.  See attached Exhibit 1.  Scientific Testing Laboratories by contract can only release the urine sample to a HHS/SAMSAH certified laboratory.  The defendant has been aware of this problem since March 27, 2007, and has consistently failed to make arrangements with another SAMHSA certified laboratory.

WHEREFORE, the United States of America requests that the order at Docket 48 be modified to allow Scientific Testing Laboratories to comply with its contract with AOUSC and for the defendant to obtain an independent analysis of

the urine sample at a SAMHSA certified laboratory without continued delay. A Proposed Order is attached hereto.

RESPECTFULLY SUBMITTED this 25th day of April, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Retta-Rae Randall
> RETTA-RAE RANDALL
> Assistant U.S. Attorney
> Federal Building and U.S. Courthouse
> 222 West 7th Avenue, #9, Room 253
> Anchorage, AK  99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007 a copy of the foregoing Motion to Amend Order at Docket 48
was served electronically on:

Mike Dieni

s/ Retta-Rae Randall