NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| Plaintiff, | ) ) ) | [Proposed] |
| vs. | ) ) | <u>ORDER GRANTING MOTION TO AMEND ORDER AT DOCKET 48</u> |
| ALEX WAYNE SMITH, | ) ) ) | |
| Defendant. | ) | |

After due consideration of the government's Motion to Amend the Order at Docket 48, the court finds as follows:

1.      Intermountain Forensic Laboratories, Inc, 11715 N.E. Gilsan, Portland, OR 97220, is not certified by the Substance Abuse and Mental Health Services Administration **("SAMHSA")**;

2.  The Court will authorize independent testing at such other SAMHSA-certified laboratory of Defendant's choosing;

3.  Scientific Testing Laboratories is ordered to release the remainder of a urine sample collected on September 28, 2006, from Alex Smith, Specimen ID C00479780, and copies of any related chain of custody documentation, to such SAMHSA-certified laboratory of Defendant's choosing.

IT IS, THEREFORE, ORDERED that Government's Motion to Amend Order at Docket 48 is GRANTED;

IT IS FURTHER ORDERED that Defendant shall make arrangements for such independent testing within five (5) days of the date of this Order.

IT IS SO ORDERED.

Dated:_____    _____
                                    JOHN W. SEDWICK
                                    United States District Judge