NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | RETTA-RAE RANDALL |
| ALEX WAYNE SMITH, | ) | |
| Defendant. | ) | |

I, RETTA-RAE RANDALL, being first duly sworn upon oath, depose and say:

1.    I am the Assistant United States Attorney assigned to this case.

2. All of the representations contained in the attached Government's Motion to Amend Order at Docket 48 are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 4/25/07 .

*[signature]*
RETTA-RAE RANDALL
Assistant United States Attorney

SUBSCRIBED AND SWORN TO before me this 25th day of April, 2007, Anchorage, Alaska.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 5/4/07