# Curriculum Vitae
of
**Sally M. Waddle, B.Sc.**
Forensic Scientist

Intermountain Forensic Laboratories, Inc.
11715 N.E. Glisan Street
Portland, Oregon 97220
(503) 257-7177
FAX (503)257-8352
e-mail: sally_waddle@hotmail.com

## Employment

| | |
|---|---|
| 2000 - Present | Forensic Scientist. INTERMOUNTAIN FORENSIC LABORATORIES, INC. Portland, Oregon. |

## Education

| | |
|---|---|
| 2000 | WILLAMETTE UNIVERSITY. Bachelor of Science (Magna Cum Laude), Chemistry. |

## Specialized Training

| | |
|---|---|
| General and Specialized Forensic Evidence Analysis | IMFL Staff |
| Drugs of Abuse Testing | IMFL Staff |
| Urine Drug Screening - EMIT / Syva Viva Jr® | Syva / Dade Behring |
| Urine Drug Screening - EMIT / Syva ETS ® | Syva / Dade Behring |
| Perkin Elmer Genetic Analyzer 310® Training | Perkin Elmer |
| Blood Alcohol Analysis | IMFL Staff |
| Blood Alcohol Effects Evaluation (Including Field Sobriety Testing) | IMFL Staff |
| Serology Techniques / Semen and Blood Analysis | IMFL Staff |
| Evidence Processing | IMFL Staff |
| Crime Scene Examination | IMFL Staff |
| Firearms and Gunshot Residue Examination | IMFL Staff |
| Instrumental Analysis<br>　1) GC/MS　　4) HPLC<br>　2) UV-Vis　　5) AAS<br>　3) NMR　　　6) FTIR | Willamette University |

*1*

| | |
|---|---|
| Biochemistry | Willamette University |
| United Laboratory Sequence | Willamette University |
| Physics I & II | Willamette University |
| Cell Biology | Willamette University |
| Genetics | Willamette University |
| Human Anatomy (Head Instructor / Dissector) | Willamette University |
| Statistics | Willamette University |
| Research Design | Willamette University |

### Research

Senior Thesis: "The Effect of Mercury(II) on the Activity of Restriction Enzymes DdeI, HaeII, and PvuI." (Willamette University)

Plasticity of the Brain following Stroke (University of Washington Department of Neurology; American Heart Association).

Bodwell JA, Mahurin RK, Waddle S, Price R, Cramer SC. Age and Features of Movement Influence Motor Overflow. J Am Geriatr Soc. 2003 Dec; 51(12):1735-9. (University of Washington Department of Neurology; American Heart Association).

( ) Indicates support provided by

### Special Awards Received

| | |
|---|---|
| Senior Award in Chemistry | Willamette University |
| Rodgers Scholar | Willamette University |
| Dean's List (all 8 semesters) | Willamette University |
| F. Eschen Chemistry Award / Scholarship | Willamette University |
| Collins Award / Scholarship | Willamette University |
| Goudy Award / Scholarship | Willamette University |
| Chandler & Grefnes Chemistry Award / Scholarship | Willamette University |

2

## Professional Associations

Member of the American Institute of Chemists

Member of Phi Beta Kappa

Member of the Cap and Gown Chapter of Mortar Board

## Community Activities

IMFL School Liason - In charge of speaking with various groups about forensic science

IMFL Internship / Job Shadow Supervisor and Coordinator

Washington State / SW Washington Science Olympiad Forensics Event Supervisor

Centennial High School Experiential School Site Supervisor and Coordinator

Saturday Academy Instructor - Forensic Science and Crime Scene Investigation Course

Weber Scientist - Instructor of Chemistry (4th Grade Students)

Head Instructor - Willamette University Human Anatomy Laboratory



# CURRICULUM VITAE

of

## Raymond Allen Grimsbo, Ph.D., D-ABC, FAAFS
Forensic Scientist

**President/Director**
Intermountain Forensic Laboratories, Inc.
11715 N.E. Glisan St.
Portland, Oregon 97220
(503) 257-7177
E.mail: DrG425@mac.com
Web Page: www.imflonline.com

## Academic Appointments
(C) Current   (P) Past

### Adjunct Faculty Portland State University
Department of Criminology and Criminal Justice (P)
Portland State University
Portland, Oregon 97201

### Adjunct Instructor, Division of Forensic Studies
School of Dentistry, Department of Pathology (P)
Oregon Health Sciences University
Portland, Oregon 97201

### Adjunct Faculty, Doctoral Committee
The Union Institute (P)
440 E. McMillan St.
Cincinnati, Ohio 45206-9914

CV of Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS                     March, 2007

1

# Board Certification, Registrations, & Licenses

AB: Board certification: Diplomate of the American Board of Criminalistics #439
CA: Certificate of Professional Competency in Criminalistics #078 (past)
DE: Researcher: Registration # RG0151819
DE: Analytical Laboratory: Registration # RG0102347
CM DOT Breath Alcohol Certificate #4700
BA F: Federal Firearms Dealer License # 9-93-051-01-6L-00146

# Formal Education

1972 PORTLAND STATE UNIVERSITY. Bachelor of Science (BSc), Double Major - Biology and Psychology

1987 THE GRADUATE SCHOOL OF THE UNION INSTITUTE, Doctor of Philosophy (PhD), area of studies - Forensic Science

# Experience

1969 Medical technologist at United Medical Laboratories, Portland, Oregon

1975 Sworn in as an Oregon State Police Officer

1975 Assigned to the Portland Crime Laboratory as a Criminalist (Forensic Scientist)

1982 Advanced certificate from the Bureau of Police Standards and Training (DBPST).

1984 Adjunct faculty, Instructor of Criminalistics, member of the core faculty of the Division of Forensic Studies, Department of Pathology, School of Dentistry, Oregon Health Sciences University.

1984 Criminal Investigation Instructor for the Oregon State Police Recruit School.

1985 Private Practice as a Consulting Forensic Scientist.

1985 Visiting Scientist, Genetic Linkage Lab, Crippled Children's Division, Oregon Health Sciences University Internship/Research for PhD under Dr. Everett Lovrien.

1985 Adjunct faculty, Instructor of Forensic Science, Department of Administration of Justice, Portland State University.

1987 Private practice incorporated as Intermountain Forensic Laboratories, Inc.

1988 Adjunct Assistant Professor of Administration of Justice, Department of Administration of Justice, Portland State University.

CV of Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS                March, 2007

2

1990 Adjunct Faculty, Doctoral Committee Advisor, The Graduate School of the Union Institute

1991 Clinical Director, Western Health Laboratory, Portland, Oregon

Prior: Research assistant in Immunology, University of Oregon Dental School

Interstate consultant to the prosecution and defense in forensic science casework.

Consultant to the U.S. Fish and Wildlife Service Forensic Crime Laboratory Division on development and evaluation of game related research and testing techniques.

Certified from 1975 to 1985 by the Oregon Health Division to perform blood alcohol analysis.

Processed in excess of 700 crime scenes and assisted in over 10,000 cases.

Testified as an expert witness in more than 2,500 proceedings in Hawaii, Alaska, Washington, Oregon, California, Idaho, Arizona, Colorado, Wyoming, Montana, Indiana, Maryland and Florida.

Consultant on Forensic Science issues in the United States, Europe, Japan and South America.

## Specialized Training

| | |
|---|---|
| General and Specialized Evidence Analysis and Data Interpretation<br>1) Serology and Semen analysis<br>2) Firearms and toolmarks<br>3) Toxicology and controlled substances<br>4) Hairs, fibers and other trace evidence<br>5) Instrumentation<br>6) Explosives and arson<br>7) Crime scene examination | OSP CDL Personnel |
| Crime Scene and Autopsy Photography | Oregon Medical Examiner |
| Law Enforcement Photography | FBI Academy/U of V |
| Crime Lab/Question Doc Photography | FBI Academy/U of V |
| Traffic Accident Investigation | Austin Evanson, OSU/OSP |
| Negligent Homicide Investigation | Oregon Attorney General |
| Forensic Serology | FBI Academy/U of V |
| Biochemical Analysis of Bloodstains | FBI Academy/U of V |

CV of Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS          March, 2007

3

| | |
|---|---|
| Blood Spatter Interpretation | Rod Englert, MCSO |
| Analysis of Flight Pattern Characteristics of Blood | OSP CDL Personnel |
| LDH & Hp Advances | Helena Laboratories |
| Scale Pattern Analysis of Commercial Fish | Oregon Fish and Wildlife |
| Identification and Categorization of Northwest Game Birds and Endangered Species | OSU Ornithology Department |
| Monoclonal/Hybridoma Production | Catholic University |
| International Symposium for Electrophoresis | FBI Academy |
| International Symposium for Analysis of Sexual Assault Evidence | FBI Academy |
| International Symposium on Driving Under the Influence of Alcohol and/or Drugs | FBI Academy |
| Recombinant DNA Techniques | PSU/Biology Dept. |
| Blood Spatter Interpretation | NWAFS Workshop |
| Blood Alcohol Elimination | NWAFS Workshop |
| International Symposium on Forensic Aspects of DNA Analysis | FBI Academy |
| International Symposium on Human Identification | Promega Corp. |
| Drug & Alcohol Recognition Program | Traffic Institute Northwestern Univ. |
| PCR/DQA1 Analysis | Cetus Corp/Seri/FSA |
| International Symposium on Forensic Toxicology | FBI Academy |
| PCR/PM, AmpFLP Analysis | Roche Molecular |
| GC/MS - MSD Detectors | Hewlett Packard |
| Forensic DNA Analysis Statistics and Population Genetics | Genelex/AAFS |
| Implementation and Consequences of New DNA Technics | Budowle & Fourney/AAFS |

CV of Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS                             March, 2007

4

| | |
|---|---|
| Breath Alcohol Analysis | CMI, Inc. |
| DNA Typing With STRs | Promega |
| Population Genetics and DNA Statistics | Sensabaugh/NWAFS |
| Capillary Gas Chromatography | J & W Scientific |
| FBI Symposium on Forensic Toxicology | Washington D.C. |

## Research

Doctoral Thesis: "An Evaluation of Selective Genetic Markers Using Hi-Resolution Ultra-Thin Layer Agarose Isoelectric Focusing and Electrophoresis".

Original and independent research in the differentiation of deer and elk by biochemical analysis of tissues and bloodstains (Oregon State Police/Portland State University)

Researched, adapted and manufactured antisera to deer IgG in rabbits (OSP/PSU)

Categorizing and cataloging differences in Oregon's fish and fowl population (OSP/OSU)

Expansion of the OSP Portland Crime Lab blood analysis capabilities.

Effectiveness of FST's in predicting ETOH impairment and correlation with breath alcohol test Results (IMFL)

Detection of Cotinine and BE in saliva by EIA (Genetic Systems)

Drug levels in saliva and the effect on the body (Hooper Center/Multnomah County)

DQ Alpha & D1S80 in aged, dry bloodstains (Cetus Corp)

HIV in dry bloodstains and drug-user syringes by PCR (PE/Cetus/City of Portland)

() indicates support provided by

## Publications and Presentations

"The Differentiation of Deer and Elk in Game Cases" at the Northwest Association of Forensic Scientists meeting, 1981

"Determination of Freezing Patterns in Salmon by Biochemical Analysis" at the Northwest Association of Forensic Scientists meeting, 1982

"A Practical Method for Preserving Cast Gels" FBI *Crime Lab Digest*, August 1982.

CV of Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS                    March, 2007

"Routine Sub-Typing of the PGM Locus I Enzyme Using the BAS Group II Methodology" FBI *Crime Lab Digest*, May 1983.

"Three Case Studies Involving Bone Marrow Typing" at the Northwest Association of Forensic Scientists meeting, 1983

"PGM Subtyping on the Group II System" at the International Symposium for Electrophoresis, FBI Academy, Quantico VA. 1984.

"Isoelectric Focusing of ACP 1 in Ultra-thin Layer Agarose" at the Northwest Association of Forensic Scientists meeting, 1985.

"Plasminogen as a Potential Genetic Marker in Forensic Serology" at the Northwest Association of Forensic Scientists meeting, 1985.

"Field Investigations - An Overview"  *The Oregon Defense Attorney*, Oct/Nov. 1985.

"On Controlled Substances"  *The Oregon Defense Attorney*, Dec. 1985/Jan. 1986.

"Intoxilizer Test Protocol"  *The Oregon Defense Attorney*, Feb/Mar. 1986.

"Alcohol Absorption/Elimination"  *The Oregon Defense Attorney*, Apr/May. 1986.

"The Gaze Nystagmus Test"  *The Oregon Defense Attorney*, Aug/Sept. 1986.

"The Effects of Dentures on Blood Alcohol Breath Analysis" at the International Symposium for Driving under the Influence of Alcohol and/or Drugs, FBI Academy, Quantico VA. 1986.

"The Technical Derivation of Dr. Widmark's Equation"  *The Oregon Defense Attorney*, Apr/May 1987.

"Ritual Sites, Signs, Activities and Cases" at the Satanism and Ritualistic Abuse Issues Seminar, 1991

"A Case Report-Alcohol Induced Blackouts During Sexual Intercourse: Legal Reponsibility?" with E. M. Scott and D. E. Neal *International Journal of Offender Therapy and Comparative Criminology*, 37(4), 1993

"They Arrested Me for a Crime I Did Not Commit!" with J. Lauer *The Oregon Defense Attorney*, August/September 1996.

"Pulverized Green Threads, Brain, and High Velocity Bloodspatter - Unravel the Mystery of a Crime: A Homicide Case Study with No Body" with R. Englert at the Northwest Association of Forensic Scientists meeting, 1998.

"A Natural Sobriety Enzyme: A Party Pill or Snake Oil?" with M.E. Mullins & E.K. O'Leary  *Vet Human Toxicol*, 41 (2) April 1999.

CV o Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS                    March, 2007

## Professional Associations

FELLOW - THE AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)

MEMBER - THE AMERICAN ASSOCIATION OF BLOOD BANKS (AABB)

MEMBER - THE AMERICAN ASSOCIATION FOR CLINICAL CHEMISTRY (AACC)

MEMBER - THE AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

MEMBER - THE AMERICAN ELECTROPHORESIS SOCIETY (AES)

MEMBER - THE AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE (AAAS)

MEMBER - THE INTERNATIONAL ASSOCIATION OF FORENSIC TOXICOLOGISTS (TIAFT)

MEMBER - THE INTERNATIONAL ASSOCIATION FOR IDENTIFICATION (IAI)

MEMBER - THE INTERNATIONAL ASSOCIATION OF BLOODSTAIN PATTERN ANALYSTS (IABPA)

MEMBER - THE INTERNATIONAL SOCIETY FOR FORENSIC GENETICS (ISFG)

MEMBER - THE NORTHWEST ASSOCIATION OF FORENSIC SCIENTISTS (NWAFS)

MEMBER - THE NEW YORK ACADEMY OF SCIENCES (NYAS)

MEMBER - THE OREGON CRIMINAL DEFENSE LAWYERS ASSOCIATION (OCDLA)

MEMBER - THE NATIONAL DISTRICT ATTORNEYS ASSOCIATION (NDAA)

## Special Awards and Recognitions

Commendation from the Superintendent of the Oregon State Police for independent and original research in Wildlife Forensic Science. 1983

*Congressional Record*   The Honorable Ron Wyden, November 17, 1990

*Who's Who in the West*   Marquis, 1990

*Who's Who in Science and Engineering*   1st Edition, Marquis, 1992

## Community Activities

St. Therese Catholic Grade School - School Board

Citizens Crime Commission Prosecution Task Force

Oregon Hunter Safety Instructor

Community Drug Awareness Advocate in BPOE (Elks)

Core Group of the Positive Action Center

Oregon Biotechnology Association

CV of Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS                     March, 2007

Oregon Health Division Substance of Abuse Methods Panel

The Union Institute Alumni Board - Northwest Region Representative

The Union Institute Alumni Board Appeals Committee

ASTM E-30 Committee - Criminalistics - Procedures

IAI - Bloodstain Pattern Analysis Certification Study Committee

Oregon Museum of Science and Industry Consultant for mtDNA exhibits

DNA and Drug analysis of historic archaeological artifacts

American Indian artifacts examination and verification

Consultant on national radio and television in forensic science

The Oregon Innocence Project Inc.

JAG/USAF Eastern Seaboard Defense Conference, Bolling AFB, Alexandria, VA

Washington County Historic Society/Museum forensic science consultant