Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>             Defendant. | Case No. 3:06-cr-0036-JWS<br><br>**MOTION TO SHOW CAUSE WHY SCIENTIFIC TESTING LABORATORY SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order compelling Scientific Testing Laboratory, Inc. (now dba "Kroll") to show cause why it should not be held in contempt of court for failing to abide by this court's order at Docket 48.  This motion is filed, in the event the court denies the government motion at Docket 75 and Scientific Testing persists in failing to abide by this court's order at Docket 48.

Mr. Smith relies upon his opposition to the government motion to amend order at docket 75.

DATED this 27th day of April 2007.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        FOR THE DISTRICT OF ALASKA

        /s/ Michael D. Dieni
        Assistant Federal Defender
        Alaska Bar No. 8606034
        601 West 5th Avenue, Suite 800
        Anchorage, AK  99501
        Ph:  (907) 646-3400
        Fax:  (907) 646-3480
        mike_dieni@fd.org

Certification:
I certify that on April 27, 2007,
a copy of the foregoing document
was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni