UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>  Defendant. | Case No. 3:06-cr-0036-JWS<br><br>**PROPOSED ORDER** |

After due consideration of Defendant's Motion to Show Cause Why Scientific Testing Laboratory Should Not Be Held in Contempt of Court, the motion is GRANTED.

IT IS HEREBY ORDERED that Scientific Testing Laboratory, Inc. (now dba "Kroll") shall show cause why it should not be held in contempt of court for failing to abide by this court's order at Docket 48.

DATED this ____ day of _____, 2007, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge