Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br> a/k/a ALEX WAYNE JOHNSTON,<br><br>            Defendant. | Case No. 3:06-cr-0036-JWS<br><br>NON-OPPOSED MOTION TO CONTINUE ADJUDICATION/ DISPOSITION, *Filed on Shortened Time* |

Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order continuing the adjudication/disposition for approximately three weeks, from the present date of May 8, to a date during the week of May 29, 2007.

The government requests a court setting in the morning to accommodate telephonic witnesses from the East Coast.  Mr. Smith requests a mid-morning setting, in the event witnesses from Kenai need to drive up for the hearing.

This motion, requesting a morning setting during the week of May 29, 2007, is unopposed by Assistant United States Attorney Retta-Rae Randall.

A continuance is necessary to complete the chemical retesting of a urine sample that is the basis for the first allegation of the pending petition. This test has been the basis of recent litigation at dockets 76, 77, 78, and 79. Recently, the court has ruled that the government's lab must comply with this court's order at Docket 48. To date, the government's lab has refused to comply with this court's order at Docket 48. Presumably, given the follow-up order, the government's lab will now comply. This continuance is requested because it will not be reasonably possible for the government's lab to recover and mail the sample, and for the defendant's lab to complete re-testing, by May 8, 2007.

DATED this 1st day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 1, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni