Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>    Defendant. | Case No. 3:06-cr-0036-JWS<br><br>NON-OPPOSED MOTION TO<br>MODIFY BAIL CONDITIONS |

    Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order modifying his bail conditions to allow him to reside in Palmer.  The only change in the bail order is that Mr. Smith will be allowed to live in Palmer.

    Mr. Smith now resides with his third party custodian, David Campbell, in Anchorage, and the bail order restricts him to the greater Anchorage area.  Mr. Campbell is moving to a house in Palmer.  He plans to reside in at 1990 N. Battery Dr., Palmer, Alaska.  He can take Mr. Smith with him, and commute to Anchorage for Mr. Smith's employment.

Both Assistant United States Attorney Retta Rae Randall and Probation Officer Eric Odegard have been apprised of this motion and they have agreed to non-oppose it.

DATED this 4th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni