UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>        Defendant. | Case No. 3:06-cr-0036-JWS<br><br>PROPOSED<br>ORDER MODIFYING BAIL<br>CONDITIONS |

      After due consideration of defendant's non-opposed motion to modify bail conditions, for good cause shown the motion is granted. Mr. Smith's area restriction is expanded to allow him to reside in Palmer, Alaska.

      DATED this _____ day of _____, 2007, in Anchorage, Alaska.

                                                                     _____

                                                                       John D. Roberts<br>                                                               United States Magistrate Judge