NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.  3:06-CR-00036-JWS |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | <u>UNOPPOSED MOTION TO</u> |
| ) | <u>ALLOW TELEPHONIC</u> |
| ALEX WAYNE SMITH,  ) | <u>TESTIMONY</u> |
| ) | |
| Defendant.  ) | **Filed on Shortened Time** |
| ) | |

        The United States of America, by and through its counsel of record, requests

that the government witness from Scientific Testing Laboratories, Inc. in Richmond,

Virginia, and the defense witness from Intermountain Forensic Laboratories, Inc., of

Portland, Oregon be allowed to testify telephonically at the evidentiary/disposition

hearing set for Tuesday, May 29, 2007, at 10:00 a.m.

Both witnesses will be testifying about the analysis of a urine sample obtained from the defendant on September 28, 2006.   The sample for the retest requested by the defendant was shipped by Scientific Testing Laboratories on May 3, 2007, and received by Intermountain on May 4, 2007.

Telephonic testimony of said witnesses is for good cause as it will save the time and financial resources of both parties and result in no substantial prejudice.  Defense counsel does not oppose this motion.

//


//


//


//


//


//

U.S. v. Alex Wayne Smith
3:06-CR-00036-JWS

RESPECTFULLY SUBMITTED this 23rd day of May, 2007, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

s/Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23,
2007 a copy of the foregoing
Unopposed Motion to Allow
Telephonic Testimony
was served electronically on:

Mike Dieni
Assistant Federal Public Defender
601 W 5th Avenue, Suite 800
Anchorage, AK 99501

s/ Retta-Rae Randall

U.S. v. Alex Wayne Smith
3:06-CR-00036-JWS