NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00036-JWS |
| Plaintiff, | )<br>)<br>) | [Proposed] |
| vs. | )<br>) | ORDER GRANTING |
| ALEX WAYNE SMITH, | )<br>)<br>) | UNOPPOSED MOTION TO ALLOW TELEPHONIC TESTIMONY |
| Defendant. | )<br>) | |

    The Unopposed Motion to Allow Telephonic Testimony of the witnesses from Scientific Testing Laboratories, Inc. in Richmond, VA, and Intermountain Forensic Laboratories, Inc. in Portland, OR, at the Evidentiary/Disposition Hearing set for Tuesday, May 29, 2007, at 10:00 a.m. has been reviewed and is hereby GRANTED.

      The witnesses are to contact the court by calling the following telephone number - (907) _____ - at 10:00 a.m. Alaska Daylight Time.

      IT IS SO ORDERED.

Dated:_____    _____
                                                           JOHN W. SEDWICK
                                                           United States District Judge