Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>            Defendant. | Case No. 3:06-cr-0036-JWS<br><br>UNOPPOSED MOTION TO CONTINUE ADJUDICATION/ DISPOSITION, *Filed on Shortened Time* |

       Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order continuing the May 29, 2007, adjudication/disposition for approximately two weeks. By separate motion, the parties request that the matter remain on the calendar on May 29, 2007, as a status hearing to select a new date. This motion is unopposed by Assistant United States Attorney Retta-Rae Randall.

       A continuance is necessary to complete the chemical retesting of a urine sample that is the basis for the first allegation of the pending petition. As the court may recall, Mr. Smith is contesting the outcome of an allegedly dirty urinalysis test. To do so,

he has repeatedly requested that the urine sample be released to an independent laboratory for retesting. This court has repeatedly ordered the government's laboratory comply. On or about May 4, the government's laboratory finally complied.

Since that time the defendant's laboratory, Intermountain, has completed preliminary testing. The testing has produced the kind of result mandating the need for the follow-up, more precise, GCMS testing. In other words, in the opinion of the Intermountain expert, the numbers from the preliminary testing are low enough to suggest the possibility that GCMS testing will produce a negative result.

Unfortunately, at this time, the GCMS test machinery at Intermountain is undergoing its annual maintenance, and, as a result, will not be available until next week, too late for the parties to make meaningful use of it in advance of the current adjudication date.

The continuance need not be lengthy. A week or two will suffice. A status hearing is requested to allow the parties to provide input regarding witness schedules as to the next date, to make sure this next setting can be the final one.

DATED this 24th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 24, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni