Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALEX WAYNE SMITH<br>a/k/a ALEX WAYNE JOHNSTON,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0036-JWS<br><br>UNOPPOSED MOTION FOR STATUS HEARING, *Filed on Shortened Time* |

　　　　Defendant, Alex Wayne Smith a/k/a Alex Wayne Johnston, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court to schedule a status hearing on May 29, 2007, at 10:00 a.m., in the place of an adjudication/disposition hearing currently scheduled for that time.

　　　　This status hearing is requested to allow the parties to provide input regarding witness schedules as to the next date set for the adjudication/disposition hearing, to make sure the next setting can be the final one.

　　　　This motion is unopposed by Assistant United States Attorney Retta-Rae Randall.

DATED this 24th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 24, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni