**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   ALEX WAYNE SMITH

THE HONORABLE JOHN W. SEDWICK      CASE NO.   3:06-cr-00036-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    The Unopposed Motion to Allow Telephonic Testimony of the witnesses from Scientific Testing Laboratories, Inc., in Richmond, VA, and Intermountain Forensic Laboratories, Inc., in Portland, OR, at the Evidentiary/Disposition Hearing set for Tuesday, May 29, 2007, at 10:00 a.m. has been reviewed and is hereby **GRANTED**.

Counsel for the government is directed to contact the court for the telephone number for the witnesses to call.

DATE: May 25, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS: rmc
Deputy Clerk

[FORMS*IA*]