MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ALEX WAYNE SMITH             CASE NO. 3:06-cr-00036-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           MICHAEL DIENI

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: STATUS HEARING HELD MAY 29, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard re defendant's oral motion to continue the Disposition Hearing until September; **GRANTED.** Evidentiary / Disposition Hearing on Petition to Revoke Supervised Release set for **September 10, 2007 at 8:30 a.m.**

Court and counsel heard re defendant's oral motion to modify the defendant's conditions of release and terminate the third party custodian requirement; **GRANTED.** Amended Order Setting Conditions of Release **FILED.**

At 10:13 a.m. court adjourned.

DATE:        May 29, 2007          DEPUTY CLERK'S INITIALS:  amk