NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALEX WAYNE SMITH, )<br>)<br>Defendant. )<br>) <br>_____ ) | Case No.  3:06-CR-00036-JWS<br><br>STATUS REPORT |

The parties have reached a proposed resolution of this case which is currently scheduled for an evidentiary/disposition hearing at 8:30 a.m. on Monday, September 10, 2007.

There will be no need for an evidentiary hearing, as the defendant will be admitting to Violations 2, 3 and 5, with the United States dismissing the remaining

violations upon conclusion of the disposition hearing.

The parties will be proposing that the defendant's supervised release be revoked, that the defendant be sentenced to time served, and that an additional one (1) year period of supervised release be imposed. All conditions of supervision previously set will be reimposed, including the payment of restitution. The defendant shall be ordered to pay the outstanding balance of restitution during the period of supervision in monthly installments of not less than 10% of his gross monthly income or $25.00, whichever amount is greater. Restitution payments shall be made to the Clerk of Court, U.S. District Court, Debt Collections Unit, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32203, referencing Case No. 6:03-Cr-63-Orl-31JGG, the case number for the original Judgment.

RESPECTFULLY SUBMITTED this 6th day of September, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 6, 2007, via electronic service:

Mike Dieni
Assistant Federal Public Defender
601 W 5th Avenue, Suite 800
Anchorage, AK 99501

 s/ Kelli Walker
Legal Secretary
Office of the U.S. Attorney