```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   ALEX WAYNE SMITH        CASE NO.  3:06-CR-00036-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:         RETTA RAE RANDALL

DEFENDANT'S ATTORNEY:            MICHAEL DIENI

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: EVIDENTIARY / DISPOSITION HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE HELD 9/10/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened.

 X Defendant **ADMITTED** allegations   2, 3 and 5 of the Amended
   Petition to Revoke Supervised Release (Dkt 21).

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of  **TIME SERVED.**

 X Defendant to serve term of supervised release for a period of
   1 year under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Restitution $ 181,875.00 , to be paid to Clerk of Court, USDC,
   Debt Collections Unit, 300 N. Hogan Street, Suite 3-350,
   Jacksonville, Florida 32203 In re: 6:03-cr-63-ORL-31JGG.

 X OTHER: Court and counsel heard re plaintiff's oral motion to
   dismiss allegations 1 and 4 of the Amended Petition to Revoke
   Supervised Release (Dkt 21); **GRANTED.** Court advised defendant
   of his appeal rights.

At 8:37 a.m. court adjourned.

DATE:    September 10, 2007     DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07