**RECEIVED**
SEP 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

ALEX WAYNE SMITH aka
ALEX WAYNE JOHNSTON.

2nd **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 8/30/2006)
Case Number: 3:06-CR-00036-01-JWS
Michael Dieni
Defendant's Attorney

Defendant's probation officer filed a petition on 2/20/2007 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 2, 3 and 5 of the Amended Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 2 | Standard | Possessed Paraphernalia | 2/14/2007 | C |
| 3 | Standard | Possessed Paraphernalia | 2/14/2007 | C |
| 5 | Standard | Possessed Paraphernalia | 2/14/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 4 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

SEPTEMBER 10, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer
9-10-07
Date

AO245.REV

Defendant: ALEX WAYNE SMITH aka            2ND Amended Judgment--Page 2 of 4
          ALEX WAYNE JOHNSTON
Case No.: 3:06-CR-00036-01-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED**.

[_] The court makes the following recommendations to the Bureau of Prisons:

[_] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
    [_] at _____ a.m./p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                                 United States Marshal

                              By _____
                                                 Deputy Marshal

Defendant: ALEX WAYNE SMITH aka        2ND Amended Judgment--Page <u>3</u> of <u>4</u>
           ALEX WAYNE JOHNSTON
Case No.: <u>3:06-CR-00036-01-JWS</u>

## RESTITUTION AND FORFEITURE
### RESTITUTION

[X] The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| Bank of America<br>390 North Orange Avenue<br>Orlando, Florida 32801 | $181,875.00 |

Payments of restitution are to be made to:

  [_] the United States Attorney for transfer to the payee(s).
  [X] the Clerk of Court, USDC, Debt Collections Unit, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32203 in re case number: 6:03-cr-63-ORL-31JGG.

Restitution shall be paid:

  [_] in full immediately.
  [_] in full not later than _____.
  [X] **in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater.**
  [_] in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

[_] The defendant is ordered to forfeit the following property to the United States:

AO245.REV

Defendant: ALEX WAYNE SMITH aka
          ALEX WAYNE JOHNSTON
Case No.: 3:06-CR-00036-01-JWS

2$^{ND}$Amended Judgment--Page 4 of 4

**SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release is modified as follows:

The term of supervision is extended as follows: 1 year.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV